April 4, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DREAMA PENNINGTON, Appellant

NO. 14-13-00196-CV                          V.

DOW CORNING CORPORATION AND
DOW CORNING WRIGHT CORPORATION, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on January 29, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Dreama Pennington.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.